# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD L. CLARK,<br><br>　　　　　　Defendant, | 8:96CR96<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Mather Trucking, Inc., 2213 Franklin Street, Bellevue, NE 68005.

IT IS HEREBY ORDERED that the garnishment against Mather Trucking, Inc., is released.

DATED this 4th day of December, 2017.

BY THE COURT:

　s/ Joseph F. Bataillon
Senior United States District Judge